**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMEL GILL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Crim. S 07-126 EJG |
| ) | |
| Plaintiff,           ) | |
| ) | **STIPULATION AND ORDER** |
| v.           ) | **THEREON** |
| ) | |
| JAMEL GILL,           ) | (Continuing Status to 117/12/08) |
| ) | |
| Defendant,           ) | |
| _____) | |

    It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for November 7, 2008  may be continued to December 12, 2008 at 10;00  a.m. The resolution of this matter requires a face to face meeting between the defendants which is difficult to arrange.

    It is further stipulated that the time between November 7, 2008 and December 12, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated:  November 6, 2008                                           Dated:   November 6, 2008

/ s / Jill Thomas                                                                / s / Steven D. Bauer

**JILL THOMAS**                                                          **STEVEN D. BAUER**
Assistant United States Attorney                              Attorney for Defendant

(Additional Signatures and Order on Following Page)

1 | Dated: November 6, 2008
2 | / s / Shari Rusk
3 | **SHARI RUSK**
Attorney for Defendant
4 |
5 | For Good Cause Appearing
**IT IS SO ORDERED**
Dated: November 6 , 2008
6 |
7 |
8 | /s/ Edward J. Garcia
**EDWARD J. GARCIA**
U. S. District Judge